IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Case: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |

**This Document Relates to:**

**David Reyes, Jr., Plaintiff,**
**Civil Action No.: 1:21-cv-00092-RLY-TAB**

### NOTICE OF SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel notifies the Court of Plaintiff David Reyes, Jr.'s death, which occurred on or about January 31, 2025.

Dated: August 20, 2025

        Respectfully submitted,

        /s/ Douglas M. Schreiner
        Douglas M. Schreiner (Mo. Bar #52320)
        Blackridge LLC
        9500 Nall Avenue, Suite 400
        Overland Park, KS 66207
        Telephone: (913) 955-3388
        Facsimile: (913) 955-3247
        doug@jslegalteam.com

        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Douglas M. Schreiner
Douglas M. Schreiner